CHRISTIAN F. PEREIRA, SBN 251599
PEREIRA LAW
249 E. Ocean Blvd., Suite 814
Long Beach, California
Telephone No.: (714) 482-6301
Facsimile No.: (714) 482-6302
Email:     christian@lawcfp.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, and DOES 1 through 10, inclusive, <br><br> Defendants. <br> _____ | **Case No:** 5:18-cv-00762-DMG-SP <br><br> PLAINTIFFS' RESPONSE TO THE COURT'S OSC RE: DISMISSAL FOR FAILURE TO PROSECUTE |

**TO THE HONORABLE COURT:**

     Plaintiffs, The Estate of Clemente Najera-Aguirre, J.S., A.S. and Y.S., hereby offer the following written response to the Court's OSC Re: Dismissal for Failure to Prosecute and also the declaration of Christian F. Pereira.

The Court must not dismiss the case for failure to prosecute because the Plaintiffs did serve the Defendant in compliance with Federal Rule of Civil Procedure Rule 4(m), within 90 days, on June 26, 2018 where the original complaint was filed on April 13, 2018. See Proof of Service, Docket No. 14- filed today July 13, 2018. The Plaintiffs' counsel apologizes for the brief delay in filing the proof of service that resulted in the need for the Court to expend resources by filing the OSC. The delay is Plaintiffs' counsel's responsibility but was caused or exacerbated by the unexpected quitting, without notice, of the Plaintiffs' counsel's paralegal on July 3, 2018 and this assignment, along with many others was left pending. Nonetheless, since the Plaintiffs did serve the complaint within the 90 day statutory period, the Plaintiffs did not violate Rule 4(m) and, therefore, need not show "good cause." FRCP Rule 4(m). The Plaintiffs, therefore, respectfully request the Court not dismiss the complaint since they complied with Rule 4(m). Id.

Respectfully Submitted,

Dated: July 13, 2018          PEREIRA LAW

                              By:   */s/ Christian F. Pereira*
                                    CHRISTIAN F. PEREIRA
                                    Attorneys for Plaintiffs