1  Christian F. Pereira, SBN 251599
   christian@lawcfp.com
2  PEREIRA LAW
   249 E. Ocean Blvd., Suite 814
3  Long Beach, CA 90802
   T: 714-482-6301
4  F: 714-482-6302

5  Attorneys for Plaintiffs

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 THE ESTATE OF CLEMENTE            Case No.:
   NAJERA-AGUIRRE, and J.S., A.S.,   5:18-cv-00762-DMG-SP
12 Y.S.,
                                     **NOTICE OF MOTION AND MOTION**
13              Plaintiffs,          **FOR LEAVE TO FILE FIRST**
                                     **AMENDED COMPLAINT; POINTS**
14                                   **AND AUTHORITIES,**
   v.                                **DECLARATION OF CHRISTIAN F.**
15                                   **PEREIRA AND PROPOSED FIRST**
                                     **AMENDED COMPLAINT**
16 COUNTY OF RIVERSIDE, and DOES
17 1 through 10, inclusive           **Date: November 30, 2018**
                                     **Time: 9:30 AM**
18              Defendants.          **Place: United States Courthouse, 350**
                                     **West 1st Street, Los Angeles, CA, 90012,**
19                                   **Courtroom 8C, 8th Floor.**
20                                   **Judge: Hon. Dolly Gee**
21

22

23

24 **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

25       **PLEASE TAKE NOTICE** that Plaintiffs, Estate of Clemente Najera-Aguirre,

26 J.S., A.S., and Y.S. (hereinafter "Plaintiffs") will and hereby does move the Court for

27 an order granting leave to file a first amended complaint. The motion is made pursuant

28 to Fed. R. Civ. P. 15(a)(2), upon the ground that it is in furtherance of justice to allow

                                         1

1   the requested amendment of the operative complaint, and is based upon this Notice of

2   Motion, the Memorandum of Points and Authorities, the Declaration of Christian F.

3   Pereira, the papers and evidence already on file in this action, and on such other

4   material as may be introduced before or at the hearing hereon.

5          This is the Plaintiffs first attempt at an amendment, it is brought within the time

6   allotted by the court for Plaintiffs' to file an amendment and add a party.

7          The motion will be heard at the United States Courthouse, 350 West 1st Street,

8   Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on November 30, 2018 at 9:30 am,

9   before the Hon. Dolly Gee.

10          This motion is made following the conference of counsel pursuant to L.R. 7-3

11   which took place on October 15, 2018.

12

13

14   Dated: 25 October, 2018                    PEREIRA LAW

15

16                                              By ___/s/ Christian F. Pereira___
                                                CHRISTIAN F. PEREIRA
17                                              Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION & STATEMENT OF FACTS

At the early meeting of counsel, Plaintiffs informed the Defendant County of their need to add the individual officer who utilized lethal force on their father, a necessary party. The parties came to an agreement to do so by way of stipulation. On August 8, 2018 the parties filed Joint Report filed with the court confirming the same on pg. 10, lines 26-28. When the Plaintiff emailed a proposed stipulation, order and proposed amended complaint the Defendants responded that they would no longer agree to stipulate unless the Plaintiff agreed to resolve a separate and distinct discovery dispute by agreeing to a protective order proposed by the Defendants. The parties met and conferred on Plaintiffs intention to bring the amendment by way of motion and files the instant motion having been unable to secure a stipulation.

Plaintiffs discovered the identity of Sgt. Ponder only about two months ago, despite having duly served a California Public Records Act request on the County prior to filing the lawsuit but never received a response. (See *Long Beach Police Officer's Association v. City of Long Beach*, 59 Cal. 4th 59 (Cal. 2014), requiring release of the names of officers.)

This is the Plaintiffs' first amendment and it comes within the time allotted by the court to amend pleadings and add parties. Plaintiffs have not delayed, acted in bad faith or provided any undue prejudice to the parties. For these reasons, and due to the desire of having cases heard on their merits and the general liberal nature of allowing amendments for that purpose, the court must grant the Plaintiffs motion.

//
//
//
//
//

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

## II.   PLAINTIFF'S   REQUEST   TO   FILE   A   FIRST   AMENDED COMPLAINT TO ADD DAN PONDER MUST BE GRANTED TO MEET THE LIBERAL NATURE OF AMNENDING PLEADINGS

Leave of court is required to amend a pleading and the court should freely allow amendments "when justice so requires." FRCP 15(a) (2).   Federal policy strongly favors determination of cases on their merits. Therefore, the role of pleadings is limited, and leave to amend the pleadings is freely given unless the opposing party makes a showing of undue prejudice, or bad faith or dilatory motive on the part of the moving party. *Foman v. Davis* (1962) 371 US 178, 182, 83 S.Ct. 227, 230; *see also Sonoma County Ass'n of Retired Employees v. Sonoma County* (9th Cir. 2013) 708 F.3d 1109, 1117. While "leave to amend should not be granted automatically," the circumstances under which Rule 15(a) "permits denial of leave to amend are limited." *Ynclan v. Department of Air Force* (5th Cir. 1991) 943 F.2d 1388, 1391. Also, Defendants may be added where they are all linked in the same series of transactions and occurrences and they all have common questions of law and fact. FRCP 20(a) (2).

In this case, Plaintiff seeks to add, as Doe 1, Sgt. Dan Ponder the actual police officer who used lethal force on the Plaintiffs father, Clemente Najera. Amendment of the complaint (attached as Exhibit 1 to the Declaration of Christian F. Pereira) to add Sgt. Ponder and the factual circumstances surrounding his involvement in the use of lethal force on Mr. Najera, would not stall nor slow the litigation as the fact discovery cut-off deadline. In fact, it is believed that Sgt. Ponder is still employed with the Defendant County of Riverside.

### III.   CONCLUSION

For the reasons set forth above, Plaintiffs motion to amend their complaint with the included proposed First Amended Complaint must be granted.

Dated: October 25, 2018                    PEREIRA LAW

By ___/s/ Christian F. Pereira___
CHRISTIAN F. PEREIRA
Attorneys for Plaintiff

4

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**