UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   **ED CV 18-762-DMG (SPx)**                       Date   January 2, 2020

Title   *The Estate of Clemente Najera Aguirre, et al. v. County of Riverside*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

|                Kane Tien                |               Not Reported               |
| :-------------------------------------: | :---------------------------------------: |
|              Deputy Clerk               |              Court Reporter               |

|   Attorneys Present for Plaintiff(s)    |   Attorneys Present for Defendant(s)      |
| :-------------------------------------: | :---------------------------------------: |
|              Not Present                |               Not Present                 |

**Proceedings:   IN CHAMBERS – ORDER TO SHOW CAUSE WHY THIS ACTION
SHOULD NOT BE STAYED PENDING APPEAL**

On December 13, 2019, Defendants filed a Notice of Appeal [Doc. ## 133, 134].  The parties are ordered to show cause why this action should not be stayed pending appeal.  See Chuman v. Wright, 960 F.2d 104, 105 (9th Cir. 1992).  The parties shall file a joint response by January 3, 2020.  If no timely response is filed, the Court will issue an order staying this action and vacating all dates and deadlines pending resolution of the appeal.

IT IS SO ORDERED.