UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESTATE OF CLEMENTE NAJERA AGUIRRE; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>COUNTY OF RIVERSIDE and DAN PONDER,<br><br>　　　　Defendants - Appellants. | No. 19-56462<br><br>D.C. No. 5:18-cv-00762-DMG-SP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered March 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7