# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | ED CV 18-762-DMG (SPx) |
| Title: | The Estate of Clemente Najera Aguirre, et al. v. County of Riverside, et al. |
| Date | April 25, 2023 |

**Present: The Honorable** DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Suzanne McKennon |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo<br>Hang D. Le<br>Benjamin Levine | Anthony M. Sain<br>Alexander S. Rynerson |

___ Day Court Trial          4th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
___ Plaintiff(s) rest.   X Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by ____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by ____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by ____ is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to April 26, 2023 at 8:30 a.m. for further trial/further jury deliberation.
X Other: The Court hears argument on Defendant' motion for judgment as a matter of law under Federal Rule 50(a) ("Motion"). [Doc. # 194.] The Motion is DENIED for the reasons stated on the record.

4 : 43

Initials of Deputy Clerk   KT

cc: