# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | ED CV 18-762-DMG (SPx) |
| Title: | The Estate of Clemente Najera Aguirre, et al. v. County of Riverside, et al. |
| Date | April 26, 2023 |

**Present: The Honorable** DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Suzanne McKennon |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K Galipo<br>Hang D. Le<br>Benjamin Levine | Anthony M. Sain<br>Alexander S. Rynerson |

____ Day Court Trial   5th Day Jury Trial

- ____ One day trial:
- ____ Begun (1st day);
- ____ Held & Continued;
- X Completed by jury verdict/submitted to court.
- ____ The Jury is impaneled and sworn.
- ____ Opening statements made by ____
- ____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
- ____ Plaintiff(s) rest.   ____ Defendant(s) rest.
- X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court instructs jury.
- X Bailiff(s) sworn.   X Jury retires to deliberate.   ____ Jury resumes deliberations.
- X Jury Verdict in favor of   X plaintiff(s)   ____ defendant(s) is read and filed.
- X Jury polled.   ____ Polling waived.
- X Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.
- ____ Judgment by Court for ____   ____ plaintiff(s)   ____ defendant(s).
- ____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
- ____ Case submitted.   ____ Briefs to be filed by ____
- ____ Motion to dismiss by ____ is   ____ granted.   ____ denied.   ____ submitted.
- ____ Motion for mistrial by ____ is   ____ granted.   ____ denied.   ____ submitted.
- ____ Motion for Judgment/Directed Verdict by ____ is   ____ granted.   ____ denied.   ____ submitted.
- ____ Settlement reached and placed on the record.
- ____ Trial subpoenaed documents returned to subpoenaing party.
- ____ Case continued to ____ for further trial/further jury deliberation.
- X Other: The Court receives jury note ## 1-5, and meets and confers with counsel as to each. Plaintiffs shall submit proposed judgment.

2 : 41

Initials of Deputy Clerk   KT

cc: