JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, DAN PONDER and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. ED CV 18-762-DMG (SPx) <br><br> **JUDGMENT** |

This action came on regularly for trial on April 20-21 and 24-26, 2023 before this Court. Plaintiffs Julio Najera-Salgado, Alejandro Najera-Salgado, and Y.S. were represented by attorneys Dale K. Galipo, Hang D. Le, and Benjamin S. Levine of the Law Offices of Dale K. Galipo and Ian A. Cuthbertson of Briana Kim, PC. Defendant Dan Ponder was represented by Tony M. Sain, Alexander S. Rynerson, and Abigail J. R. McLaughlin of Lewis Brisbois Bisgaard & Smith LLP.

A jury was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict.

Based upon that verdict, IT IS NOW ORDERED, ADJUDGED, AND DECREED that final judgment in this action be entered as follows:

In favor of Plaintiffs Julio Najera-Salgado, Alejandro Najera-Salgado, and Y.S. and against Defendant Dan Ponder on the 42 U.S.C. § 1983 claim for excessive force in violation of the Fourth Amendment, with an award of damages in the total sum of $10,000,000, plus costs pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment at the rate specified by 28 U.S.C. § 1961, and reasonable attorneys' fees as may be awarded by the Court. Plaintiffs Julio Najera-Salgado, Alejandro Najera-Salgado, and Y.S., as the prevailing parties, may apply to the Court for an award of costs and reasonable statutory attorneys' fees as permitted by law.

**IT IS SO ORDERED**.

DATED: May 10, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE