

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESTATE OF CLEMENTE NAJERA AGUIRRE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> COUNTY OF RIVERSIDE; DAN PONDER, <br><br> Defendants-Appellants. | No. 23-55718 <br><br> D.C. No. 5:18-cv-00762-DMG-SP Central District of California, Riverside <br><br> ORDER |

Before: McKEOWN and GOULD, Circuit Judges, and RESTANI,[*] Judge.

The motion to assign this appeal to this panel as the panel that decided appeal No. 19-56462 (Docket Entry No. 20) is granted.

---

[*] The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.

OSA113