Name and address:
TONY M. SAIN, SB# 251626
MAGDALENA R. CASAS, SB# 317280
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213-250-1800
Facsimile: 213-250-7900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, et al.

PLAINTIFF(S)

v.

COUNTY OF RIVERSIDE, DAN PONDER, et al

DEFENDANT(S)

CASE NUMBER:
5:18-CV-00762-DMG-SP

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

***Note:*** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: MAGDALENA R. CASAS     CA Bar Number: 317280

Firm or agency: LEWIS BRISBOIS BISGAARD & SMITH LLP

Address: 633 W. 5th Street, Suite 4000, Los Angeles, CA 90071

Telephone Number: 213-250-1800     Fax Number: 213-250-7900

Email: Magdalena.Casas@lewisbrisbois.com

Counsel of record for the following party or parties: SERGEANT DAN PONER

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice.*

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated*. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: November 21, 2024     Signature: /s/ Magdalena R. Casas

Name: Magdalena R. Casas

|    |    |
|----|----|
| 1  | **FEDERAL COURT PROOF OF SERVICE** |
| 2  | Estate of Clemente Najera-Aguirre v. County of Riverside, et al.<br>Case No. 5:18-cv-00762-DMG-SP; C/M# 51446-03 |

1  **FEDERAL COURT PROOF OF SERVICE**
Estate of Clemente Najera-Aguirre v. County of Riverside, et al.
Case No. 5:18-cv-00762-DMG-SP; C/M# 51446-03

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 22, 2024, I served the following document(s): NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 22, 2024, at Los Angeles, California.

Chris Trestrail

149168759.1

**SERVICE LIST**
**Estate of Clemente Najera-Aguirre v. County of Riverside, et al.**
**Case No. 5:18-cv-00762-DMG-SP; C/M# 51446-03**

| | |
|---|---|
| Christian F. Pereira, Esq.<br>Ian Cuthbertson, Esq.<br>PEREIRA LAW<br>249 E. Ocean Boulevard, Suite 814<br>Long Beach, CA 90802 | *Attorneys for Plaintiffs,*<br>*THE ESTATE OF CLEMENTE*<br>*NAJERA-AGUIRRE, and J.S., A.S., Y.S*<br><br>T: (714) 482-6301<br>F: (714) 482-6302<br>E-Mail: christian@lawcfp.com<br>ian@lawcfp.com |
| Daniel R. Velladao, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 West C Street, Suite 1700,<br>San Diego, CA 92101 | *Attorneys for Appellants COUNTY OF*<br>*RIVERSIDE and DAN PONDER*<br><br>Tel: 213-250-1800<br>Fax: 213-250-7900<br>*E-Mail:*<br>*Daniel.velladao@lewisbrisbois.com* |
| Dale K. Galipo, Esq.<br>Hang D. Le, Esq.<br>OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367 | *Attorneys for Appellees,*<br>*A.S., ESTATE OF CLEMENTE NAJERA*<br>*AGUIRRE, J.S. AND Y.S.*<br><br>T: (818) 347-333<br>F: (818) 347-4118<br>E-Mail: dalekgalipo@yahoo.com<br>hlee@galipolaw.com |