UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 02 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ESTATE OF CLEMENTE NAJERA AGUIRRE; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> COUNTY OF RIVERSIDE and DAN PONDER, <br><br> Defendants - Appellants. | No. 23-55718 <br><br> D.C. No. 5:18-cv-00762-DMG-SP <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |

The judgment of this Court, entered March 11, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT