# Exhibit 1

## Dale K. Galipo Time

## Najera-Aguirre v. County of Riverside

| Date | Task | Hours |
| --- | --- | --- |
| 08/15/2023 | Review Notice of Appeal | 0.2 |
| 09/26/2023 | Discussed with Hang Le – Mediation Call | 0.2 |
| 10/24/2023 | Discussed with Hang Le – Mediation Call | 0.2 |
| 10/27/2023 | Discussed Settlement with Hang Le | 0.2 |
| 11/01/2023 | Review Draft of Settlement Letter | 0.3 |
| 12/23/2023 | Review Appellants' Opening Brief – Research | 2.7 |
| 12/24/2023 | Review Appellants' Opening Brief – Research | 1.3 |
| 01/04/2024 | Legal Research | 2.2 |
| 01/06/2024 | Review Post Trial Motion | 2.9 |
| 01/07/2024 | Review Post Trial Motion | 1.1 |
| 01/11/2024 | Legal Research | 1.8 |
| 01/15/2024 | Legal Research | 1.4 |
| 01/17/2024 | Legal Research | 1.6 |
| 01/20/2024 | Review Trial Transcripts | 3.3 |
| 01/21/2024 | Review Trial Transcripts | 2.7 |
| 02/03/2024 | Review Trial Transcripts | 1.5 |
| 02/05/2024 | Legal Research | 1.5 |
| 02/10/2024 | Review Trial Transcripts | 1.7 |
| 02/17/2024 | Review Trial Transcripts | 1.3 |
| 02/18/2024 | Review Answering Brief – Research | 1.7 |
| 02/19/2024 | Review Answering Brief – Research | 2.3 |
| 04/15/2024 | Review Reply Brief – Research | 1.1 |
| 04/16/2024 | Review Reply Brief – Research | 1.2 |
| 04/22/2024 | Legal Research | 1.7 |
| 04/23/2024 | Legal Research | 1.3 |
| 05/04/2024 | Review Trial Transcripts | 0.8 |
| 05/05/2024 | Review Trial Transcripts | 1.2 |
| 08/08/2024 | Review Appellant's Brief – Research -Outline | 3.2 |
| 08/09/2024 | Review Answering Brief – Research - Outline | 2.8 |
| 08/17/2024 | Prepare for Oral Argument | 1.7 |
| 08/18/2024 | Prepare for Oral Argument | 2.3 |
| 08/22/2024 | Meeting regarding Oral Argument | 1.2 |
| 08/23/2024 | Office Meeting re Oral Argument | 1.9 |
| 08/24/2024 | Review Reply Brief -Outline | 1.5 |

| | | |
|---|---|---|
| 08/26/2024 | Meeting regarding Oral Argument | 0.1 |
| 08/27/2024 | Review Post-Trial Motion, Opposition, and Ruling/Research | 2.3 |
| 08/28/2024 | Meeting regarding Oral Argument | 0.5 |
| 08/31/2024 | Review Order on Post Trial Motion/ Motion /Research | 0.7 |
| 09/01/2024 | Legal Research | 1.5 |
| 09/02/2024 | Review Trial Transcripts | 1.4 |
| 09/03/2024 | Review Trial Transcripts | 1.6 |
| 09/04/2024 | Meeting regarding Oral Argument | 0.7 |
| 09/06/2024 | Legal Research | 1.0 |
| 09/07/2024 | Prepare for Oral Argument | 4.1 |
| 09/09/2024 | Prepare for Oral Argument | 2.9 |
| 09/10/2024 | Prepare for Oral Argument | 1.7 |
| 09/11/2024 | Prepare for Oral Argument | 2.6 |
| 09/12/2024 | Prepare for Oral Argument | 2.4 |
| 09/13/2024 | Prepare for Oral Argument | 5.7 |
| 09/14/2024 | Prepare for Oral Argument | 6.3 |
| 09/15/2024 | Prepare for Oral Argument | 3.0 |
| 09/16/2024 | Prepare for Oral Argument | 9.2 |
| 09/17/2024 | Oral Argument – Travel | 11.5 |
| | **TOTAL** | **113.2** |