# Exhibit 2

Hang D. Le, Esq.  *Estate of Clemente Najera Aguirre, et al. v. County of Riverside, et al.*
Timekeeping Record  Case No. 23-55718

| Date | Description | Hours Billed |
|---|---|---|
| **8/14/2023** | Reviewed Defendant's Notice of Appeal | 0.1 |
| **8/17/2023** | Reviewed Appeal "Civil Case Docketed" and related deadlines | 0.1 |
| **8/24/2023** | Reviewed Defendant's filed Mediation Questionnaire | 0.1 |
| **8/28/2023** | Reviewed Appellate Court's Notice of "Mediation Conference Scheduled" | 0.1 |
| **9/26/2023** | Discussed with Dale K. Galipo (DKG) approach to mediation call-in and possibilities to settlement | 0.2 |
| **9/26/2023** | Participated in Mediation Conference Call-In with 9th Circuit Mediator and Defense Counsel | 0.2 |
| **10/24/2023** | Discussed with DKG approach to mediation call-in and possibilities to settlement | 0.2 |
| **10/24/2023** | Participated in Mediation Conference Call-In with 9th Circuit Mediator and Defense Counsel | 0.2 |
| **10/27/2023** | Discussed with DKG avenues of settlement and sending a settlement demand | 0.2 |
| **10/31/2023** | Client communication | 0.2 |
| **11/1/2023** | Researched interest rate for case judgment and calculated judgment; drafted settlement demand; discussed draft with DKG; made edits and finalized | 1.1 |
| **12/22/2023** | Initial read-through and review of Defendant/Appellant's Opening Brief | 0.6 |
| **12/29/2023** | Further reviewed of Opening Brief/outlined arguments | 1.2 |
| **1/16/2024** | Started researching cases for Answering Brief and drafting Answering Brief | 2.2 |
| **1/18/2024** | Continued researching cases, reviewing the record, drafting Answering Brief | 6.3 |
| **1/19/2024** | Continued researching cases, reviewing the record, drafting Answering Brief | 2.9 |
| **2/14/2024** | Continued researching cases, reviewing the record, drafting Answering Brief | 6.6 |
| **2/15/2025** | Continued researching cases, reviewing the record, drafting Answering Brief | 7.1 |
| **2/16/2024** | Continued researching cases, reviewing the record, drafting Answering Brief | 5.6 |

Hang D. Le, Esq.  *Estate of Clemente Najera Aguirre, et al. v. County of Riverside, et al.*
Timekeeping Record  Case No. 23-55718

| Date | Description | Hours Billed |
|---|---|---|
| 2/16/2024 | Researched and drafted Motion to Assign Comeback Case to Original Panel | 0.8 |
| 2/20/2024 | Continued researching cases, reviewing the record, drafting Answering Brief | 5.9 |
| 2/21/2024 | Drafted, edited and finalized Answering Brief and filed | 4.2 |
| 2/21/2024 | Edited and finalized Motion to Assign Comeback Case to Original Panel and filed | 0.2 |
| 3/12/2024 | Reviewed Court's order granting motion to assign appeal to panel | 0.1 |
| 4/4/2024 | Corresponded with 9th Cir. Calendar Unit re scheduling of oral argument | 0.1 |
| 4/10/2024 | Corresponded with 9th Cir. Calendar Unit re scheduling of oral argument | 0.1 |
| 4/11/2024 | Corresponded with 9th Cir. Calendar Unit re scheduling of oral argument | 0.1 |
| 4/15/2024 | Initial read-through of Defendant-Appellant's Reply Brief | 0.3 |
| 6/3/2024 | Further review of Reply Brief; outlined arguments and performed additional research | 0.7 |
| 8/22/2024 | Meeting with DKG and Benjamin Levine (BL) re oral argument prep | 1.2 |
| 8/23/2024 | Office meeting re oral argument prep | 1.9 |
| 8/26/2024 | Meeting with DKG and BL re oral argument prep | 0.1 |
| 8/28/2024 | Meeting with DKG and BL re oral argument prep | 0.5 |
| 9/4/2024 | Meeting with DKG and BL re oral argument prep | 0.7 |
| 9/16/2024 | Office meeting re oral argument prep | 1 |
| | **TOTAL** | 53.1 |