**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**BRIANA KIM, PC**
Christian F. Pereira, SBN 251599
christian@lawcfp.com
Ian A. Cuthbertson, SBN 325591
ian@lawcfp.com
249 E. Ocean Blvd., Suite 814
Long Beach, CA 90802
T: 714-482-6301
F: 714-482-6302

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, DAN PONDER and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. 5:18-cv-00762-DMG-SP <br><br> *Honorable Dolly M. Gee* <br> *Hon. Mag. Sheri Pym* <br><br> **DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL** <br><br> [*Notice of Motion and Motion; Declarations and exhibits thereto filed concurrently herewith*] |

**DECLARATION OF BENJAMIN S. LEVINE**

1. I, Benjamin S. Levine, hereby declare as follows:

2. I am an attorney duly admitted to practice before this honorable court and I am one of the attorneys of record in the instant matter. I have personal knowledge of the facts set forth herein, and could and would testify competently thereto if called. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees on Appeal.

3. I received my bachelor's degree from Kenyon College in 2015.

4. Between 2015 and 2018, I worked in various full-time marketing and editorial roles, with a focus on research, writing, and editing.

5. I received my J.D. degree from the UCLA School of Law in Los Angeles, California, in 2021. I graduated in the top 5% of my class and was inducted into the Order of the Coif and UCLA Law's Moot Court Honors Society. At graduation, I was awarded the Judge Jerry Pacht Memorial Constitutional Law Prize, recognizing one graduating student each year for outstanding achievement in the area of constitutional law. During law school, I served as an editor on the *UCLA Law Review*, had an article I researched and wrote on a topic related to § 1983 litigation published in the same journal, and litigated and argued an appeal in a civil rights case at the Ninth Circuit through a law school clinic. Also during law school, I heavily focused my work and study on § 1983 litigation, in particular litigation focused on police violence, and gained relevant experience through multiple internships, including with the ACLU of Southern California's Police Practices Project and through UCLA Law's Civil Rights and Police Accountability Clinic.

6. I passed the California bar exam and was admitted to the California Bar in 2021.

7. After taking the bar exam, I worked for one year as a law clerk to United States District Judge William B. Shubb, in the United States District Court

for the Eastern District of California, in Sacramento. As a law clerk, I assisted my judge with a variety of matters in civil and criminal cases, including a substantial number of § 1983 actions, with a primary focus on legal research and writing tasks.

8. I began working full-time as a civil rights attorney at the Law Offices of Dale K. Galipo in October of 2022. Since joining the firm as an attorney, I have worked exclusively on civil rights litigation, nearly all of which involves police use of excessive force. During that time, I have taken dozens of depositions, presented oral argument before district courts and the Ninth Circuit Court of Appeals, and assisted with multiple trials.

9. During my time as a civil rights litigator, my work has directly contributed to numerous high six-figure and seven-figure settlements and eight-figure jury verdicts in civil rights police excessive force cases. The settlements and verdicts in cases with which I assisted include:

- $1.65 million settlement in *Lennox v. City of Sacramento* (police shooting) (February 2025)
- $1.25 million settlement in *McLaurin v. Los Rios Community College District* (police sexual assault) (December 2024)
- $2.25 million settlement in *Vargas Cuevas v. City of El Centro* (police shooting) (November 2024)
- $400,000 settlement in *Meza v. City of Bakersfield* (police shooting) (November 2024)
- $1.8 million settlement in *Robinson v. County of Riverside* (jail suicide) (July 2024)
- $250,000 settlement in *Welch v. County of Tulare* (police takedown) (June 2024)
- $450,000 settlement in *Gavia v. City of Hemet* (police takedown) (April 2024)

- $13.5 million jury verdict in *Zelaya v. City of Los Angeles* (restraint death) (October 2023);
- $475,000 settlement in *Mitchell v. City of Barstow* (police shooting) (September 2023)
- $23.8 million jury verdict in *Murillo v. City of Los Angeles* (police shooting) (August 2023);
- $750,000 settlement in *Tabares v. City of Huntington Beach* (police shooting) (June 2023);
- $800,000 settlement in *Elias v. City of Bell Gardens* (police shooting) (May 2023);
- $10 million jury verdict in *Najera v. County of Riverside* (police shooting) (April 2023) (third chair at trial);
- $2.4 million settlement in *A.A.M. v. City of Sacramento* (police shooting) (March 2023);
- $400,000 settlement in *Hornshaw v. City of Long Beach* (police excessive force) (December 2022); and
- $1 million jury verdict (with contributory fault) in *Weick v. County of San Diego* (police shooting) (November 2022).

10. I began working on this case in January of 2021 while the primary associate assigned to the case, Hang Le, was on leave, and I subsequently began assisting with trial preparations, which primarily consisted of doing a thorough review of witness statements and depositions for use in trial strategy planning and during direct and cross-examinations at trial. After the trial in this matter, I assisted with briefing of post-trial motions and the subsequent appeal.

11. I have previously been awarded attorneys' fees in the following cases:
- *Zelaya v. City of Los Angeles* (restraint death) - $450/hr (C.D. Cal., fee order issued June 2024)

- I was previously awarded fees in the instant case for work done in the leadup to trial and at a rate of $300/hr, in an order issued in March 2024.

12. From October of 2022 to the present, I have been continuously trained by Mr. Galipo. As is evidenced by the declarations in support of Mr. Galipo's fee request in this case, Mr. Galipo is widely regarded as the top plaintiff's attorney for police excessive force cases in the nation. I have seen firsthand that Mr. Galipo achieves extraordinary results in the most difficult police excessive force cases. Our firm is one of the only firms in California that exclusively represents plaintiffs in police excessive force cases involving serious injury or death. Our firm's work has vastly contributed to the development of police excessive force jurisprudence in California's four federal district courts and in the Ninth Circuit Court of Appeals.

13. I am admitted to practice law in the Central, Eastern, Northern, and Southern Districts of California, and in the Ninth Circuit Court of Appeals.

14. My billing statement does not reflect any work performed by paralegals or other assistants supporting me. My billing statement does not include time spent performing purely administrative tasks such as filing, organizing, or preparing copies of documents.

15. I was personally involved in the work set forth in my billing statement, and I can personally attest that it has been reasonably expended in pursuit of the litigation.

16. The number of hours claimed in my billing statement for this action is reasonable and well-documented. I kept contemporaneous time records for the work I performed in this case. I conducted only that research, drafting and other work as was necessary. Other expenses were kept to a minimum.

17. I am respectfully requesting an hourly rate of **$300 to $450** for time and work I spent on this case. I devoted 17.0 hours to this action for the recent appeal. A copy of my time records for this case is attached hereto as "**Exhibit 3**."

18. I believe that my hourly rate is reasonable and in line with those prevailing in the community for similar services by lawyers of comparable skill, experience, and reputation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April 2025, at Woodland Hills, California.

*/s/ Benjamin S. Levine*
Benjamin S. Levine

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28