# Exhibit 3

**Benjamin S. Levine**          *Estate of Najera Aguirre v. County of Riverside*
**Timekeeping Record**              **Case No. 5:18-cv-00762-DMG-SP**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 8/22/2024 | Assist with Ninth Circuit oral argument preparation | 1.2 |
| 8/23/2024 | Assist with Ninth Circuit oral argument preparation | 1.9 |
| 8/26/2024 | Assist with Ninth Circuit oral argument preparation | 0.1 |
| 8/28/2024 | Assist with Ninth Circuit oral argument preparation | 0.5 |
| 9/4/2024 | Assist with Ninth Circuit oral argument preparation | 0.7 |
| 9/6/2024 | Legal research for Ninth Circuit appeal | 1.1 |
| 9/10/2024 | Legal research for Ninth Circuit appeal | 2.0 |
| 9/12/2024 | Legal research for Ninth Circuit appeal | 1.3 |
| 9/13/2024 | Legal research for Ninth Circuit appeal | 4.5 |
| 9/16/2024 | Legal research for Ninth Circuit appeal | 1.2 |
| 9/16/2024 | Assist with Ninth Circuit oral argument preparation | 1.0 |
| 3/25/2025 | Prepare attorneys' fees declaration | 1.4 |
| 4/8/2025 | Prepare attorneys' fees declaration | 0.1 |
| **TOTAL HOURS** | | **17.0** |

1