# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, DAN PONDER and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-00762-DMG-SP<br><br>*Honorable Dolly M. Gee*<br>*Hon. Mag. Sheri Pym*<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL** |

# [PROPOSED] ORDER

Having considered Plaintiffs Julio Najera-Salgado, Alejandro Najera-Salgado, and Y.S.'s Motion for Attorneys' Fees on Appeal, along with declarations and exhibits in support thereof, IT IS HEREBY ORDERED that Plaintiffs' Motion for Attorneys' Fees on Appeal is GRANTED. The Court awards attorneys' fees as follows:

| **Attorney** | **Rate** | **Hours** | **Total** |
|---|---|---|---|
| Dale K. Galipo | | 113.2 | |
| Hang D. Le | | 53.1 | |
| Benjamin S. Levine | | 17.0 | |
| | | **TOTAL:** | |

**IT IS SO ORDERED**.

Dated: _____

HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE