**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
SERGEANT DAN PONDER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, DAN PONDER, and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-00762-DMG-SP<br>[*Hon. Dolly M. Gee, Dist. Judge*; *Hon. Sheri Pym, M. Judge*]<br><br>**STIPULATION TO FURTHER CONTINUE HEARING DATE AND RELATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL [DKT. 259]**<br><br>*Filed Concurrently with [Proposed] Order* |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Plaintiffs Julio Salgado-Najera, Alejandro Salgado-Najera, and Y.S. ("Plaintiffs") and Defendant Dan Ponder ("Defendant") (collectively "the Parties"), by and through their attorneys of record, hereby stipulate and request an order continuing the hearing date and related briefing schedule on Plaintiffs' Motion for Attorneys' Fees on Appeal.

**Statement of Good Cause.**

1. On May 11, 2023, the Court entered Judgment in favor of Plaintiffs Julio Salgado-Najera, Alejandro Salgado-Najera, and Y.S. and against Defendant Dan Ponder for the total sum of $10,000,000 plus costs and interest.

2. On June 30, 2023, Plaintiffs filed their Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 1988. [Dkt. 233.] The matter was fully briefed. [*See* Dkt. 235, 236.]

3. On August 14, 2023, this Court issued its Order Denying Defendant's Motion for Judgment as a Matter of Law. [Dkt. 244.] That same day, Defendant filed his Notice of Appeal of this Order and the Court's Judgment in this matter. [*Id.*.]

4. On March 29, 2024, this Court issued its Order regarding Plaintiffs' Motion for Attorneys' Fees, granting a total attorneys' fees award of $1,437,752.50.

5. On March 11, 2025, the Ninth Circuit issued its Opinion affirming this Court's denial of Defendants' Motion for Judgment as a Matter of Law and upholding the judgment in this matter. [Dkt. 257.]

6. On April 8, 2025, the Ninth Circuit granted Plaintiffs' Unopposed Motion to Transfer Consideration of Attorney's Fees on Appeal to the District Court. [Dkt. 261-1.] That same day, Plaintiffs filed their Motion for Attorneys' Fees on Appeal, which is set for hearing on May 9, 2025. [Dkt. 259.]

7. On April 16, 2025, the Parties filed a Stipulation to Continue Hearing Date and Related Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees on Appeal, as the Parties were are currently meeting and conferring regarding the possibility of resolving Plaintiffs' Motion for Attorneys' Fees on Appeal without judicial intervention. [Dkt. 262.]

8. On April 21, 2025, this Court granted the Parties' Stipulation to Continue Hearing Date and Related Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees on Appeal, which continued the hearing on such motion from May 9, 2025 to June 13, 2025. [Dkt. 263.]

9. The Parties are still meeting and conferring regarding the possibility of resolving Plaintiffs' Motion for Attorneys' Fees on Appeal without judicial intervention and are very close to an agreement. In order to continue to ensure that judicial resources are not wasted in rendering a decision on Plaintiffs' Motion for Attorneys' Fees on Appeal while these discussions are occurring and in the event of a likely agreement, the Parties hereby stipulate that the hearing on Plaintiffs' Motion for Attorneys' Fees on Appeal be continued to **June 27, 2025** at 9:30 a.m. with the briefing schedule also being continued as per C.D. Cal. Local Rules 7-9 and 7-10 (opposing papers due not later than twenty-one days before the hearing date of the motion and reply papers due not later than fourteen days before the hearing date of the motion).

10. Accordingly, the Parties respectfully request that the Court continue the hearing date on Plaintiffs' Motion for Attorneys' Fees on Appeal to **June 27, 2025** at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: May 20, 2025          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Abigail J. R. McLaughlin*
TONY M. SAIN
ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendant,
SERGEANT DAN PONDER

DATED: May 20, 2025          LAW OFFICES OF DALE K. GALIPO

By: */s/ Hang D. Le*
DALE K. GALIPO
HANG D. LE
Attorneys for Plaintiffs,
JULIO SALGADO-NAJERA,
ALEJANDRO SALGADO-NAJERA, and
Y.S.

# FEDERAL COURT PROOF OF SERVICE
Estate of Clemente Najera-Aguirre v. County of Riverside, et al.
Case No. 5:18-cv-00762-DMG-SP; C/M# 51446-03

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 20, 2025, I served the following document(s): STIPULATION TO FURTHER CONTINUE HEARING DATE AND RELATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL [DKT. 259]

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 20, 2025, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

157538151.1

1

STIP. TO CONTINUE HEARING DATE, ETC. ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

**SERVICE LIST**
**Estate of Clemente Najera-Aguirre v. County of Riverside, et al.**
**Case No. 5:18-cv-00762-DMG-SP; C/M# 51446-03**

| | |
|---|---|
| Christian F. Pereira, Esq.<br>Ian Cuthbertson, Esq.<br>PEREIRA LAW<br>249 E. Ocean Boulevard, Suite 814<br>Long Beach, CA 90802<br>T: (714) 482-6301<br>F: (714) 482-6302<br>christian@lawcfp.com<br>ian@lawcfp.com<br><br>*Attorneys for Plaintiffs,*<br>*THE ESTATE OF CLEMENTE NAJERA-AGUIRRE. and J.S.. A.S.. Y.S.* | Dale K. Galipo, Esq.<br>Hang D. Le, Esq.<br>OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>T: (818) 347-333<br>F: (818) 347-4118<br>dalekgalipo@yahoo.com<br>hlee@galipolaw.com<br><br>*Attorneys for Appellees,*<br>*A.S., ESTATE OF CLEMENTE NAJERA AGUIRRE. J.S. AND Y.S.* |

Daniel R. Velladao, Esq.
Lewis Brisbois Bisgaard & Smith LLP
550 West C Street, Suite 1700,
San Diego, CA 92101
Tel:
Fax:
*Daniel.velladao@lewisbrisbois.com*

*Attorneys for Appellants COUNTY OF RIVERSIDE and DAN PONDER*

157538151.1

2

STIP. TO CONTINUE HEARING DATE, ETC. ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES