1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10

THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S.,

11
12

Plaintiffs,

13

v.

14
15

COUNTY OF RIVERSIDE, DAN PONDER and DOES 2 through 10, inclusive,

16
17

Defendants.

Case No. 5:18-cv-00762-DMG-SP
[*Hon. Dolly M. Gee, Dist. Judge*; *Hon. Sheri Pym, M. Judge*]

**[PROPOSED] ORDER RE: STIPULATION TO FURTHER CONTINUE HEARING DATE AND RELATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL**

18

## **[PROPOSED] ORDER**

19
20
21
22
23
24

Having reviewed the parties' Joint Stipulation to Further Continue Hearing Date and Related Briefing Schedule on Plaintiffs' Motion for Attorney Fees on Appeal and GOOD CAUSE appearing therefor, the Court hereby orders that the hearing date on such Motion is continued from **June 13, 2025** at 9:30 a.m. to **June 27, 2025** at 9:30 a.m. and the briefing scheduled is also continued as per C.D. Cal. Local Rules 7-9 and 7-10.

25

**IT IS SO ORDERED**.

26
27
28

Dated: _____    _____
Honorable Dolly M. Gee
United States District Judge

157536926.1