**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**BRIANA KIM, PC**
Christian F. Pereira, SBN 251599
christian@lawcfp.com
Ian A. Cuthbertson, SBN 325591
ian@lawcfp.com
249 E. Ocean Blvd., Suite 814
Long Beach, CA 90802
T: 714-482-6301
F: 714-482-6302

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF RIVERSIDE, DAN PONDER and DOES 2 through 10, inclusive, <br><br> Defendants. | Case No. 5:18-cv-00762-DMG-SP <br><br> *Honorable Dolly M. Gee* <br> *Hon. Mag. Sheri Pym* <br><br> **NOTICE OF ERRATA RE: PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR APPROVAL OF PROCEEDS OF JUDGMENT FOR MINOR PLAINTIFF Y.S. [DKT. NO. 266]** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

  **PLEASE TAKE NOTICE** that Plaintiffs Estate of Clemente Najera-Aguirre, Julio Najera Salgado, Alejandro Najera Salgado, and Y.S. hereby submit this Notice of Errata regarding Plaintiffs' Unopposed Ex Parte Application for Approval of Proceeds of Judgment for Minor Plaintiff Y.S. (Dkt. No. 266). Plaintiffs inadvertently omitted guardian *ad litem*, Lucila Salgado's signed verification from the Ex Parte Application. Attached hereto as "**Exhibit 1**" is a true and correct copy of Lucila Salgado's signed verification that should have been filed with the Ex Parte Application.

  Plaintiffs apologize for any inconvenience that this may have caused the Court and all other parties.

Respectfully submitted,

DATED: May 29, 2025    LAW OFFICES OF DALE K. GALIPO

              By_____*/s/ Hang D. Le*_____
                Dale K. Galipo
                Hang D. Le
                Attorneys for Plaintiffs