# EXHIBIT 1

## VERIFICATION BY MINOR PLAINTIFFS A.A.M. AND A.B.M.'S GUARDIAN *AD LITEM*

I, Lucila Salgado, guardian *ad litem* and natural mother of minor plaintiff Y.S., hereby declare under penalty of perjury pursuant to the laws of the United States of America that I have reviewed Plaintiffs' Unopposed Ex Parte Application for Approval of Proceeds of Judgment for Minor Plaintiff Y.S. and the foregoing is true and correct.

Executed on this 28th day of May 2025, at Lake Elsinore, California.

*Lucila Salgado*
LUCILA SALGADO
Guardian ad Litem for YOSELINE GUADALUPE NAJERA SALGADO