**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
SERGEANT DAN PONDER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, DAN PONDER, and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-00762-DMG-SP<br>[*Hon. Dolly M. Gee, Dist. Judge*; *Hon. Sheri Pym, M. Judge*]<br><br>**STIPULATION TO TAKE HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL [DKT. 259] OFF CALENDAR DUE TO PARTIES' RESOLUTION OF MATTER RENDERING ISSUE MOOT**<br><br>*Filed Concurrently with [Proposed] Order* |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Plaintiffs Julio Salgado-Najera, Alejandro Salgado-Najera, and Y.S. ("Plaintiffs") and Defendant Dan Ponder ("Defendant") (collectively "the Parties"), by and through their attorneys of record, hereby stipulate and request an order taking the hearing date on Plaintiffs' Motion for Attorneys' Fees on Appeal [Dkt. 259] off-calendar and finding that the Motion is now moot due to the Parties' resolution of this matter.

**Statement of Good Cause.**

1. On May 11, 2023, the Court entered Judgment in favor of Plaintiffs Julio Salgado-Najera, Alejandro Salgado-Najera, and Y.S. and against Defendant Dan Ponder for the total sum of $10,000,000 plus costs and interest.

2. On June 30, 2023, Plaintiffs filed their Motion for Attorneys' Fees Pursuant to 42 U.S.C. § 1988. [Dkt. 233.] The matter was fully briefed. [*See* Dkt. 235, 236.]

3. On August 14, 2023, this Court issued its Order Denying Defendant's Motion for Judgment as a Matter of Law. [Dkt. 244.] That same day, Defendant filed his Notice of Appeal of this Order and the Court's Judgment in this matter. [*Id.*.]

4. On March 29, 2024, this Court issued its Order regarding Plaintiffs' Motion for Attorneys' Fees, granting a total attorneys' fees award of $1,437,752.50.

5. On March 11, 2025, the Ninth Circuit issued its Opinion affirming this Court's denial of Defendants' Motion for Judgment as a Matter of Law and upholding the judgment in this matter. [Dkt. 257.]

6. On April 8, 2025, the Ninth Circuit granted Plaintiffs' Unopposed Motion to Transfer Consideration of Attorney's Fees on Appeal to the District Court. [Dkt. 261-1.] That same day, Plaintiffs filed their Motion for Attorneys' Fees on Appeal, which is set for hearing on May 9, 2025. [Dkt. 259.]

7. On April 16, 2025, the Parties filed a Stipulation to Continue Hearing Date and Related Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees on Appeal, as the Parties were meeting and conferring regarding the possibility of resolving Plaintiffs' Motion for Attorneys' Fees on Appeal without judicial intervention. [Dkt. 262.]

8. On April 21, 2025, this Court granted the Parties' Stipulation to Continue Hearing Date and Related Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees on Appeal, which continued the hearing on such motion from May 9, 2025 to June 13, 2025. [Dkt. 263.]

9. On May 20, 2025, the Parties filed Stipulation to Further Continue Hearing Date and Related Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees on Appeal, as the Parties were still meeting and conferring regarding the possibility of resolving Plaintiffs' Motion for Attorneys' Fees on Appeal without judicial intervention. [Dkt. 264.]

10. On May 21, 2025, the Court granted the Parties' Stipulation to Further Continue Hearing Date and Related Briefing Schedule on Plaintiffs' Motion for Attorneys' Fees on Appeal, which continued the hearing on such motion from June 13, 2025 to June 27, 2025. [Dkt. 265.]

11. On May 28, 2025, the Parties reached a resolution of this matter as to the payment of judgment, resolution of Plaintiffs' attorney fees on appeal, and Plaintiffs' soon-to-be filed application for approval of proceeds of judgment for the minor plaintiff.

12. Pursuant to this agreement, that same day, Plaintiffs filed their Ex Parte Application for Approval of Proceeds of Judgment for Minor Plaintiff Y.S. [Dkt. 266.] On May 30, 2025, the Court issued its Order granting the Ex Parte Application. [Dkt. 268.]

13. At this time, Defendants have issued all required payments to satisfy the judgment in this matter pursuant to the Parties' agreement, including Plaintiffs' attorney fees on appeal. Thus, this Court no longer needs to render a decision on Plaintiffs' Motion for Attorneys' Fees on Appeal.

///
///
///

14. Accordingly, the Parties respectfully request that the Court take the hearing date on Plaintiffs' Motion for Attorneys' Fees on Appeal currently scheduled for June 27, 2025 at 9:30 a.m. off-calendar, as such issue is moot.

**IT IS SO STIPULATED.**

DATED: June 10, 2025         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Abigail J. R. McLaughlin*
        TONY M. SAIN
        ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendant,
SERGEANT DAN PONDER

DATED: June 10, 2025         LAW OFFICES OF DALE K. GALIPO

By:     */s/ Hang D. Le*
        DALE K. GALIPO
        HANG D. LE
Attorneys for Plaintiffs,
JULIO SALGADO-NAJERA,
ALEJANDRO SALGADO-NAJERA, and
Y.S.

**FEDERAL COURT PROOF OF SERVICE**
Estate of Clemente Najera-Aguirre v. County of Riverside, et al.
Case No. 5:18-cv-00762-DMG-SP; C/M# 51446-03

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 10, 2025, I served the following document(s): STIPULATION TO TAKE HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL [DKT. 259] OFF CALENDAR DUE TO PARTIES' RESOLUTION OF MATTER RENDERING ISSUE MOOT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 10, 2025, at Los Angeles, California.

/s/ Corinne Taylor
Corinne Taylor

**SERVICE LIST**
**Estate of Clemente Najera-Aguirre v. County of Riverside, et al.**
**Case No. 5:18-cv-00762-DMG-SP; C/M# 51446-03**

| | |
|---|---|
| Christian F. Pereira, Esq.<br>Ian Cuthbertson, Esq.<br>PEREIRA LAW<br>249 E. Ocean Boulevard, Suite 814<br>Long Beach, CA 90802<br>T: (714) 482-6301<br>F: (714) 482-6302<br>christian@lawcfp.com<br>ian@lawcfp.com<br><br>*Attorneys for Plaintiffs,*<br>*THE ESTATE OF CLEMENTE NAJERA-AGUIRRE. and J.S.. A.S.. Y.S.* | Dale K. Galipo, Esq.<br>Hang D. Le, Esq.<br>OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>T: (818) 347-333<br>F: (818) 347-4118<br>dalekgalipo@yahoo.com<br>hlee@galipolaw.com<br><br>*Attorneys for Appellees,*<br>*A.S., ESTATE OF CLEMENTE NAJERA AGUIRRE. J.S. AND Y.S.* |
| Daniel R. Velladao, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 West C Street, Suite 1700,<br>San Diego, CA 92101<br>Tel:<br>Fax:<br>*Daniel.velladao@lewisbrisbois.com*<br><br>*Attorneys for Appellants COUNTY OF RIVERSIDE and DAN PONDER* | |

158383125.1

2

STIP. TO TAKE HEARING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES OFF CALENDAR