**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S.,

                Plaintiffs,

        v.

COUNTY OF RIVERSIDE, DAN PONDER and DOES 2 through 10, inclusive,

                Defendants.

Case No. 5:18-cv-00762-DMG-SP
[*Hon. Dolly M. Gee, Dist. Judge*; *Hon. Sheri Pym, M. Judge*]

**[PROPOSED] ORDER RE: STIPULATION TO TAKE HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL [DKT. 259] OFF CALENDAR DUE TO PARTIES' RESOLUTION OF MATTER RENDERING ISSUE MOOT**

## [PROPOSED] ORDER

Having reviewed the parties' Joint Stipulation to Take Hearing on Plaintiffs' Motion for Attorney Fees on Appeal Off-Calendar Due to Parties' Resolution of Matter Rendering Issue Moot and GOOD CAUSE appearing therefor, the Court hereby orders that the June 27, 2025 hearing date on such Motion is taken off-calendar and the issues raised in the Motion are moot.

**IT IS SO ORDERED**.

Dated: _____

                _____
                Honorable Dolly M. Gee
                United States District Judge

158383349.1