# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CLEMENTE NAJERA-AGUIRRE, and J.S., A.S., Y.S.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, DAN PONDER and DOES 2 through 10, inclusive,<br><br>Defendants. | Case No. ED CV 18-00762-DMG (SPx)<br><br>**ORDER RE STIPULATION TO VACATE HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES ON APPEAL [259][270]** |

Having reviewed the parties' Joint Stipulation to Take Hearing on Plaintiffs' Motion for Attorney Fees on Appeal ("Fee Motion") Off-Calendar Due to Parties' Resolution of Matter Rendering Issue Moot, and GOOD CAUSE appearing therefor, the Court hereby orders that the Fee Motion [Doc. # 259] is DENIED as moot and the June 27, 2025 hearing date on such Motion is VACATED.

**IT IS SO ORDERED**.

DATED: June 10, 2025

_____
Dolly M. Gee
Chief United States District Judge